IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY JAMES-BEY, SR., #203530, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:11-cv-067-TMH |
| ) | WO |
| CYNTHIA DILLARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #57) to the Recommendation of the Magistrate Judge filed on March 3, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #53) entered on January 22, 2014 is adopted;

3. The defendants' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice.

DONE this the 6th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE